

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00448-CR

Vincent Andrew **LOPEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR1605
Honorable Melisa Skinner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 9, 2013.

Catherine Stone, Chief Justice